IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT L. JOHNSON, § | |
| JAMES HASKINS JOHNSON, § | |
|     Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 04-2622 |
| § | |
| ROBERT SAMUEL MARTIN, § | |
| WILLIAM MARTIN, § | |
|     Defendants. § | |

**AMENDED FINAL JUDGMENT**

On January 9, 2006, Defendant William Martin timely filed his Motion to Alter or Amend the Judgment to request that the court alter and amend its Final Judgment to dismiss the above-referenced case with prejudice. (Docket Entry #26).

It is ORDERED that Defendant's Motion to Alter or Amend the Judgment is GRANTED.

It is ORDERED that this case is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas this 12th day of January, 2006.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE